IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
                                    )
UNITED STATES OF AMERICA            )
     Plaintiff,                     )
                                    )
VS.                                 )      Criminal No.05cr20138-2-P
                                    )
                                    )
                                    )
SANDRA MARGARITA K. SYMEONIDIS      )
     Defendant                      )
                                    )
```

## ORDER ON CHANGE OF PLEA

This cause came to be heard on **APRIL 15, 2005**, the United States Attorney for this district, **Frederick Godwin**, appearing for the Government and the defendant, **SANDRA MARGARITA K. SYMEONIDIS** appearing in person and with counsel, **Lee Gerald**, who represented the defendant.

The defendant entered a plea of GUILTY to the Misdemeanor Information on Count 1.

Plea colloquy was held and the Court accepted the guilty plea.

**ENTERED** this the 15 day of April, 2005.

**Tu M. Pham**
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20138 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT